DATE: 6/27/2011   AT: 3:28 p.m.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Time: 10 min.
BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

DOCKET NUMBER: CV 10-0006

TITLE: Walker v. N.Y. Racing Association

APPEARANCES:

FOR PLAINTIFF(S): Tim Dominick

FOR DEFENDANT(S): Robert Connolly

FTR: 3:28-3:38

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| ___ | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| ___ | DISCOVERY TO BE COMPLETED BY _____ |
| ___ | PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____ |
| ___ | NEXT CONFERENCE SET FOR _____ |
| ___ | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____ |
| X | MOTION TO COMPEL TO BE FILED BY 7/11/2011; RESPONSE BY 7/29/2011. |
| X | MOTION FOR SUMMARY JUDGMENT TO BE FILED BY 9/9/2011; RESPONSE BY 10/10/2011; REPLY BY 10/24/2011. |
| X | ORAL ARGUMENT SET FOR 12/6/2011 at 1:30 P.m. |
| ___ | JURY SELECTION SET FOR _____ |
| ___ | TRIAL SET FOR _____ |
| ___ | OTHER _____ |