Counseling and Advising Clients Exclusively on Laws of the Workplace

 **Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

ZABELL & ASSOCIATES, P.C.
4875 SUNRISE HIGHWAY
SUITE 300
BOHEMIA, NEW YORK 11716
TEL. 631-589-7242
FAX. 631-563-7475
www.Laborlawsny.com

**Saul D. Zabell**
Email: szabell@laborlawsny.com

February 27, 2012

**VIA ELECTRONIC CASE FILING**

The Honorable Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Walker v. New York Racing Association, Inc.,** *et al.*
**Case No.: CV-10-0006 (JFB)(WDW)**

Your Honor:

This firm is counsel to Dennis Walker, Plaintiff in the above-referenced action. We write in connection with Your Honor's Order of February 24, 2012 regarding the Joint Pre-Trial Order in this case. We respectfully advise the Court that the Joint Pre-Trial Order was filed prior to the Summary Judgment process on June 13, 2011. The Joint Pre-Trial Order is identified as [Document 37] on the Court's electronic docket system.

Counsel remains available should Your Honor require additional information regarding this submission.

Very truly yours,

ZABELL & ASSOCIATES, P.C.

Saul D. Zabell

cc: Robert Connolly, Esq. (*via* electronic case filing)